

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 03, 2010

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,797,036 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *December 23, 2003*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:

*Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer




EXHIBIT A

Int. Cls.: 25 and 35

Prior U.S. Cls.: 22, 39, 100, 101 and 102

Reg. No. 2,797,036

**United States Patent and Trademark Office**  Registered Dec. 23, 2003

## TRADEMARK
## SERVICE MARK
PRINCIPAL REGISTER



Virginia ♥ is for Lovers

VIRGINIA TOURISM AUTHORITY (VIRGINIA CORPORATION), DBA VIRGINIA TOURISM CORPORATION
901 EAST BYRD STREET
RICHMOND, VA 23219

FOR: CLOTHING, NAMELY, MEN'S, WOMEN'S AND CHILDREN'S SHIRTS, JACKETS, HATS, BELTS, TROUSERS, WARM-UP PANTS, SWEAT SHIRTS, T-SHIRTS, HEADBAND, NECKBANDS, SWEATBANDS AND WRIST BANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-0-2001; IN COMMERCE 12-0-2001.

FOR: PROMOTING TRAVEL AND TOURISM IN THE UNITED STATES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-0-2001; IN COMMERCE 12-0-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "VIRGINIA", APART FROM THE MARK AS SHOWN.

SER. NO. 76-452,974, FILED 9-20-2002.

ROBERT C. CLARK JR., EXAMINING ATTORNEY