

# COMMONWEALTH of VIRGINIA
### Secretary of the Commonwealth

**POST OFFICE BOX 2454**  **RICHMOND, VIRGINIA 23218-2454**

March 18, 2011

Ms. Alisa L. Bailey, Executive Director
Virginia Tourism Authority d/b/a/ Virginia Tourism Corp.
901 E. Byrd Street
Richmond, VA 23219

Dear Ms. Bailey,

In accordance with Sections 2.2-416 through 2.2-417 of the *Code of Virginia*, this letter will serve as confirmation that the Office of the Secretary of the Commonwealth is in receipt of your application to register the motto **Virginia Is For Lovers**. It has been accepted as filed.

If you have any questions please feel free to contact me at anytime. I can be reached at (804) 786-2441 or by email chris.frink@governor.virginia.gov.

Sincerely,

Chris Frink
Organization Registrar

